THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Matter of the Care and Treatment of Jimmy 
 Ray Turner, Appellant.
 
 
 

Appeal From Anderson County
 Alexander S. Macaulay, Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-509
Submitted September 2, 2008  Filed
 September 8, 2008
Withdrawn, Substituted, and Refiled September
 12, 2008
APPEAL DISMISSED

 
 
 
 Cameron Grant Boggs, of Greenville, for Appellant.
 Henry Dargan McMaster, Attorney General, John W. McIntosh, Chief
 Deputy Attorney General, R. Westmoreland Clarkson, Assistant Attorney General, Deborah
 R.J. Shupe, Assistant Attorney General, all of Columbia, for Respondent.
 
 
 

 
PER CURIAM: Jimmy
 Ray Turner appeals his commitment under
 the South Carolina Sexually Violent Predator Act (the Act).    Turner argues
 his confinement is unconstitutional because the Act violates the South Carolina
 Constitution.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Turners
 counsel attached a petition to be relieved, stating he reviewed the record and
 concluded this appeal lacks merit.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738
 (1967), In re McCoy, 360 S.C. 425, 602 S.E.2d 58 (2004)
 (adopting the Anders procedure for alleged no-merit appeals in sexually
 violent predator involuntary commitment appeals), and State v. Williams, 305 S.C. 116, 406 S.E.2d
 357 (1991), we dismiss[1] Turners appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
SHORT,
 THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.